## Mellon v. City of Pittsburg, Appellant.

Argued Nov. 3, 1909. Appeal, No. 46, Oct. T., 1909, by defendants, from decree of C. P. No. 2, Allegheny Co., July T., 1908, No. 691, on bill in equity in case of R. B. Mellon et al. v. City of Pittsburg et al. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE STEWART, January 3, 1910:

This appeal raises no other questions than those considered in the case of Pennsylvania Water Company v. City of Pittsburg, 226 Pa. 624, just decided. For reasons appearing in the opinion there, this appeal is dismissed at costs of appellants and the decree affirmed.